# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 06-084 | MAGIS. NO: |
|---|---|---|
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| **MARCELLE L. STEPHENS** | | |
| DOB:        PDID: | | |

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | **FILED** |
|---|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | APR 2 1 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY;

AIDING OR ASSISTING THE PREPARATION OF A FRAUDULENT RETURN;

AIDING AND ABETTING;

FIRST DEGREE THEFT;

AIDING AND ABETTING.

IN VIOLATION OF:  UNITED STATES CODE TITLE & SECTION:
18 U.S.C. § 371; 26 U.S.C. § 7206(2); 18 U.S.C. § 2; D.C. Code §§ 22-3211, 3212(a) and D.C. Code § 22-1805.

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|

| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: 4/5/06 |
|---|---|---|
| CLERK OF COURT: NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK: | DATE: 4/5/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED: 4/21/06 | Susan Burelle | |
| HIDTA CASE: Yes  No | | OCDETF CASE: Yes  No |