IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

v.                                  :  CRIMINAL ACTION NO.
                                       06-CR-00084 (RJL)

HENDERSON A. JOSEPH                  :

MARCELLE L. STEPHENS                 :

                    :  :  :  :  :

<u>Notice of Appearance</u>

Please take note that the law firm of Blank Rome LLP, and attorney William R. Martin have been retained to represent defendant Marcelle L. Stephens in the above-captioned matter.

Dated:  June 21, 2006

Respectfully submitted,

/s/ William R. Martin
William R. Martin (DC Bar # 465531)
martin-w@blankrome.com
Blank Rome LLP
600 New Hampshire Ave.
Washington D.C. 20008
(202) 772-5800