UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HENDERSON A. JOSEPH )<br>MARCELLE L. STEPHENS )<br>)<br>*Defendants.* ) | Criminal No. 1:06-CR-00084-RJL |

**CONSENT MOTION FOR CONTINUATION OF STATUS CONFERENCE**

Defendant Marcelle L. Stephens, without objection from the government, respectfully requests an Order continuing the status conference currently scheduled for Friday, July 7, 2006, to a date on or after July 14, 2006.

Counsel was retained on June 1, 2006, to represent Defendant Stephens in the above-captioned matter. Undersigned counsel has reviewed available discovery, but has not had the opportunity to discuss this matter with the Government. A continuance of the status hearing is requested to allow the parties ample opportunity to discuss possible resolution of this matter.

Dated: June 26, 2006

Respectfully Submitted,

/s/ William R. Martin

William R. Martin (D.C. Bar # 465531)
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
Fax: (202) 772-5858

125526.00601/35735060v.1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HENDERSON A. JOSEPH )<br>MARCELLE A. STEPHENS )<br>)<br>*Defendants.* ) | Criminal No. 1:06-CR-00084-RJL |

### [Proposed] ORDER

Upon consideration of the Consent Motion, it is hereby ORDERED that the July 7, 2006, status hearing is cancelled, and it is further ORDERED that a status hearing is scheduled for July __, 2006 at __:__ am/pm in Courtroom _____.

So Ordered,

_____
U.S. District Court Judge

125526.00601/35735060v.1