UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 06-084 (RJL) |
| HENDERSON A. JOSEPH, MARCELLE L. STEPHENS | : |
| | : |
| Defendants. | |
| _____ | : |

## MOTION TO WITHDRAW APPEARANCE

Jeanett P. Henry, counsel of record for defendant, Marcelle L. Stephens, respectfully moves to withdraw her appearance pursuant to Local Criminal Rule 44.5 (d). In support thereof, counsel states as follows:

1. On April 21, 2006, counsel entered her appearance on behalf of defendant for her arraignment and bond review after she surrendered to a bench warrant. Counsel also represented defendant at her status hearing on May 1, 2006.

2. Since then, defendant retained new counsel, William R. Martin, Esquire, who entered his appearance in the case on June 21, 2006.

WHEREFORE, counsel respectfully prays that her appearance be withdrawn as counsel for defendant.

Respectfully submitted,

*HENRY & MADDOX, LLC*

By:   /s/   Jeanett P. Henry
Jeanett P. Henry, Bar No. 411052
8701 Georgia Avenue; Suite 403
Silver Spring, MD 20910
(301) 562-1340

-2-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2006 I served copies of this motion on:

Marcelle Stephens Joseph
13966 SW 179 Street
Miami, FL 33177
(last known address)
(via first-class mail)

Marcelle Stephens Joseph
c/o Bernice Stephens
13916 SW 176 Street
Miami, FL 33177
(via first-class mail)

Sherri L. Schornstein, Esquire
(via ECF)

William R. Martin, Esquire
(via ECF)

/s/ Jeanett P. Henry

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : **Criminal No. 06-084 (RJL)** |
| **HENDERSON A. JOSEPH,** **MARCELLE L. STEPHENS** | : |
| | : |
| **Defendants.** | |
| _____ | : |

**ORDER**

Upon consideration of Jeanett P. Henry's motion to withdraw as counsel for Marcelle Stephens, good cause having been shown, it is by the United States District Court for the District of Columbia this ____ day of _____, 2006

**ORDERED**, that the motion be and is hereby **GRANTED**; and it is further

**ORDERED**, that the appearance of Jeanett P. Henry be and is hereby **WITHDRAWN** as counsel for defendant, Marcelle Stephens.

_____
Richard J. Leon