UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) <br>v. )<br>)<br>HENDERSON A. JOSEPH )<br>MARCELLE L. STEPHENS )<br>)<br>) | Criminal No. 1:06-CR-00084-RJL |

## JOINT MOTION FOR CONTINUATION OF STATUS CONFERENCE

Defendant Marcelle L. Stephens and the Government respectfully request an Order continuing the status conference currently scheduled for Friday, August 11, 2006, to a date on or after September 22, 2006.

Counsel was retained on June 1, 2006, to represent Defendant Stephens in the above-captioned matter. Undersigned counsel has reviewed available discovery and has been in discussions with the Government regarding possible resolution. A continuance of the status hearing is requested to allow the parties additional time to continue discussions regarding a possible resolution of this matter.

Accordingly, both parties request a continuance of the status conference to a date on or after September 22, 2006.

Dated: August 9, 2006

Respectfully Submitted,

/s/ William R. Martin
William R. Martin (D.C. Bar # 465531)
Shawn M. Wright (D.C. Bar # 458377)
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
Fax: (202) 772-5858

125526.00601/35741872v.1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No. 1:06-CR-00084-RJL |
| v. | ) ) ) |  |
| HENDERSON A. JOSEPH MARCELLE A. STEPHENS | ) ) ) ) |  |

**[Proposed] ORDER**

Upon consideration of the Consent Motion for Continuance of Status Conference, it is hereby ORDERED that the July 11, 2006, status hearing is cancelled, and it is further ORDERED that a status hearing is scheduled for September __, 2006 at __:__ pm in Courtroom _____.

So Ordered,

_____
U.S. District Court Judge

125526.00601/35741872v.1