UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HENDERSON A. JOSEPH )<br>MARCELLE L. STEPHENS )<br>) | Criminal No. 1:06-CR-00084-RJL |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

Defendant Marcelle Stephens submits this Supplemental Memorandum in Support of the Joint Motion for Continuance of Status Conference filed with the Court on August 9, 2006. Through this Supplemental Memorandum, Ms. Stephens hereby waives any potential appeal based on the Speedy Trial Act from the date of the originally scheduled status conference, to and including the date of the new status conference scheduled for October 2, 2006.

Dated: August 11, 2006

Respectfully Submitted,

/s/ William R. Martin
William R. Martin  (D.C. Bar # 465531)
Shawn M. Wright (D.C. Bar # 458377)
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
Fax: (202) 772-5858

125526.00601/35742490v.1