UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | Criminal No.  1:06-CR-00084-RJL |
| v. | ) ) |  |
| **HENDERSON A. JOSEPH** **MARCELLE L. STEPHENS** | ) ) ) |  |
| *Defendants.* | ) ) |  |

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

The Government and Defendant Marcelle L. Stephens, jointly request an Order continuing the status conference currently scheduled for Monday, October 2, 2006.  In making this request, Defendant waives any appeal based on the Speedy Trial Act from the date of the originally scheduled status conference, through and including the date of the re-scheduled conference.

A continuance is requested because the parties are currently engaged in plea negotiations and need additional time to review the offer and determine if a resolution can be reached.  Therefore, the parties request that the Court continue the status conference to October 17, 2006, or a date mutually agreeable to all parties.

Dated:  September 27, 2006                    Respectfully Submitted,

/s/ William R. Martin
William R. Martin  (D.C. Bar # 465531)
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
**Fax: (202) 772-5858**

125526.00601/35750865v.1