UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HENDERSON A. JOSEPH )<br>MARCELLE A. STEPHENS )<br>)<br>*Defendants.* ) | Criminal No. 1:06-CR-00084-RJL |

**[Proposed] ORDER**

Upon consideration of the Joint Motion for Continuance of Status Conference, it is hereby ORDERED that the October 2, 2006, status hearing is cancelled, and it is further ORDERED that a status hearing is scheduled for October __, 2006 at __:__ am/pm in Courtroom _____.

So Ordered,

_____
U.S. District Court Judge

**Error! Unknown document property name.**