UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No. 1:06-CR-00084-RJL** |
| **v.** | ) | |
| | ) | |
| **HENDERSON A. JOSEPH** | ) | |
| **MARCELLE L. STEPHENS** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

The Government and Defendant Marcelle L. Stephens, jointly request an Order continuing the status conference currently scheduled for October 16, 2006. In making this request, Defendant waives any appeal based on the Speedy Trial Act from the date of the originally scheduled status conference, through and including the date of the re-scheduled conference.

A continuance is requested because the parties are currently engaged in plea negotiations and need additional time to determine if a resolution can be reached. Therefore, the parties respectfully request that the Court continue the status conference to November 1, 2006, at 11:00 a.m.

Dated: October 16, 2006 Respectfully Submitted,

/s/ William R. Martin

William R. Martin  (D.C. Bar # 465531)
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
Fax: (202) 772-5858

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | Criminal No.  1:06-CR-00084-RJL |
| **v.** | ) ) |  |
| **HENDERSON A. JOSEPH** **MARCELLE A. STEPHENS** | ) ) ) |  |
| *Defendants.* | ) ) |  |

## [Proposed] ORDER

Upon consideration of the Joint Motion for Continuance of Status Conference, it is hereby ORDERED that the October 16, 2006, status hearing is vacated, and it is further ORDERED that a status hearing is scheduled for November 1, 2006 at 11:00 a.m.

So Ordered,

_____

U.S. District Court Judge

125526.00601/35754410v.1