UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> HENDERSON A. JOSEPH ) <br> MARCELLE A. STEPHENS ) <br> ) <br>          *Defendants.* ) <br> ) | Criminal No. 1:06-CR-00084-RJL |

**[Proposed] ORDER**

Upon consideration of the Joint Motion for Continuance of Status Conference, it is hereby ORDERED that the November 8, 2006, status hearing is vacated, and it is further ORDERED that a status hearing is scheduled for November 13, 2006 at 3:30 p.m.

So Ordered,

_____
U.S. District Court Judge

125526.00601/35754410v.1