## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) HENDERSON A. JOSEPH ) MARCELLE L. STEPHENS ) ) *Defendants.* ) ) | Criminal No. 1:06-CR-00084-RJL |

### AMENDED JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

The Government and Defendant Marcelle L. Stephens, jointly request an Order continuing the status conference currently scheduled for November 8, 2006. In making this request, Defendant waives any appeal based on the Speedy Trial Act from the date of the originally scheduled status conference, through and including the date of the re-scheduled conference.

A continuance is requested because the parties are currently engaged in plea negotiations and need additional time to determine if a resolution can be reached. Therefore, the parties respectfully request that the Court continue the status conference to December 13, 2006, at 3:30 p.m.

125526.00601/35754410v.1

Dated: November 9, 2006         Respectfully Submitted,

/s/ William R. Martin
William R. Martin  (D.C. Bar # 465531)
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
Fax: (202) 772-5858

125526.00601/35754410v.1