UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> HENDERSON A. JOSEPH ) <br> MARCELLE A. STEPHENS ) <br> ) <br> *Defendants.* ) | Criminal No. 1:06-CR-00084-RJL |

### [Proposed] ORDER

Upon consideration of the Joint Motion for Continuance of Status Conference, it is hereby ORDERED that the November 8, 2006, status hearing is vacated, and it is further ORDERED that a status hearing is scheduled for December 13, 2006 at 3:30 p.m.

So Ordered,

_____
U.S. District Court Judge

125526.00601/35754410v.1