UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No. 1:06-CR-00084-RJL |
| v. | ) ) |  |
| HENDERSON A. JOSEPH<br>MARCELLE L. STEPHENS | ) ) ) |  |
| *Defendants.* | ) ) |  |

**CONSENT MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

The Defendant Marcelle L. Stephens, with the consent of the government, requests an Order continuing the status conference currently scheduled for January 9, 2007 at 3:00 p.m. In making this request, Defendant waives any appeal based on the Speedy Trial Act from the date of the originally scheduled status conference, through and including the date of the re-scheduled conference.

At the status conference on December 13, 2006, the parties scheduled the January 9, 2007, status conference to allow the defendant additional time to receive and review discovery and to meet with the prosecutors. The parties have met and now request a further continuance because the parties are still engaged in plea negotiations and need additional time to determine if a resolution can be reached. Therefore, the parties respectfully request that the Court continue the status conference to January 23, 2007, at 3:00 p.m.

125526.00601/35754410v.1

Dated: January 9, 2007                              Respectfully Submitted,

/s/ William R. Martin

William R. Martin  (D.C. Bar # 465531)
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
Fax: (202) 772-5858

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | Criminal No.  1:06-CR-00084-RJL |
| **v.** | ) ) |  |
| **HENDERSON A. JOSEPH** **MARCELLE A. STEPHENS** | ) ) ) |  |
| *Defendants.* | ) ) |  |

## [Proposed] ORDER

Upon consideration of the Consent Motion for Continuance of Status Conference, it is hereby ORDERED that the January 9, 2007, status hearing is vacated, and it is further ORDERED that a status hearing is scheduled for January 23, 2007 at 3:00 p.m.

So Ordered,

_____

U.S. District Court Judge

125526.00601/35754410v.1