UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No. 1:06-CR-00084-RJL |
| v. | ) ) |  |
| HENDERSON A. JOSEPH<br>MARCELLE L. STEPHENS | ) ) ) |  |
| *Defendants.* | ) ) |  |

**CONSENT MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

The Defendant Marcelle L. Stephens, with the consent of the government, requests an Order continuing the status conference currently scheduled for January 23, 2007 at 3:00 p.m. In making this request, Defendant waives any appeal based on the Speedy Trial Act from the date of the originally scheduled status conference, through and including the date of the re-scheduled conference.

The parties request a further continuance because they are still engaged in plea negotiations and need additional time to determine if a resolution can be reached. Therefore, the parties respectfully request that the Court continue the status conference to February 26, 2007, at 4:00 p.m.

Dated: January 22, 2007　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ William R. Martin

　　　　　　　　　　　　　　　　　　　William R. Martin  (D.C. Bar # 465531)
　　　　　　　　　　　　　　　　　　　Blank Rome LLP
　　　　　　　　　　　　　　　　　　　600 New Hampshire Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　Ph: (202 772-5800
　　　　　　　　　　　　　　　　　　　Fax: (202) 772-5858

125526.00601/35754410v.1

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) |
|  | )   Criminal No.  1:06-CR-00084-RJL |
| **v.** | ) ) |
| **HENDERSON A. JOSEPH**  **MARCELLE A. STEPHENS** | ) ) ) |
| *Defendants.* | ) ) |

## [Proposed] ORDER

Upon consideration of the Consent Motion for Continuance of Status Conference, it is hereby ORDERED that the January 23, 2007, status hearing is vacated, and it is further ORDERED that a status hearing is scheduled for February 26, 2007 at 4:00 p.m.

So Ordered,

_____
U.S. District Court Judge

125526.00601/35754410v.1