UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | **Criminal No. 1:06-CR-00084-RJL** |
| **v.** | ) ) |  |
| **HENDERSON A. JOSEPH** **MARCELLE L. STEPHENS** | ) ) ) |  |
| *Defendants.* | ) ) |  |

## NOTICE OF APPEARANCE

Please enter the appearance of Shawn M. Wright, Esq., from the previously retained law firm of Blank Rome LLP, as counsel for defendant Marcelle L. Stephens in the above-captioned matter.

Dated:  February 22, 2007

        Respectfully submitted,

        /s/ SHAWN M. WRIGHT
        Shawn M. Wright  (DC Bar # 458377)
        wright@blankrome.com
        BLANK ROME LLP
        600 New Hampshire Ave.
        Washington D.C. 20008
        (202) 772-5800