UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No. 1:06-CR-00084-RJL |
| v. | ) ) |  |
| HENDERSON A. JOSEPH<br>MARCELLE L. STEPHENS | ) ) ) |  |
| *Defendants.* | ) ) |  |

**JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

The Defendant Marcelle L. Stephens and the Government request an Order continuing the status conference currently scheduled for February 26, 2007 at 4:00 p.m. In making this request, Defendant waives any appeal based on the Speedy Trial Act from the date of the originally scheduled status conference, through and including the date of the re-scheduled conference.

The parties request a further continuance because they are still engaged in plea negotiations, and believe that they are very close to reaching a resolution of this matter. Therefore, the parties respectfully request that the Court continue the status conference to a date on or after March 19, 2007.

125526.00601/35754410v.1

Dated: February 22, 2007          Respectfully Submitted,

/s/ SHAWN M. WRIGHT
Shawn M. Wright  (DC Bar # 458377)
wright@blankrome.com
BLANK ROME LLP
600 New Hampshire Ave.
Washington D.C. 20008
(202) 772-5800

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | Criminal No. 1:06-CR-00084-RJL |
| **v.** | ) ) |  |
| **HENDERSON A. JOSEPH** **MARCELLE A. STEPHENS** | ) ) ) |  |
| *Defendants.* | ) ) |  |

### [Proposed] ORDER

Upon consideration of the Joint Motion for Continuance of Status Conference, it is hereby ORDERED that the February 26, 2007, status hearing is vacated, and it is further ORDERED that a status will be scheduled on or after March 19, 2007.

So Ordered,

_____
U.S. District Court Judge

125526.00601/35754410v.1