UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No.  1:06-CR-00084-RJL |
| v. | ) ) |  |
| HENDERSON A. JOSEPH<br>MARCELLE L. STEPHENS | ) ) ) |  |
| *Defendants.* | ) ) |  |

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

The Defendant Marcelle L. Stephens and the Government request an Order continuing the status conference currently scheduled for April 16, 2007 at 2:30 p.m.  In making this request, Defendant waives any appeal based on the Speedy Trial Act from the date of the originally scheduled status conference, through and including the date of the re-scheduled conference.

The parties request a further continuance because they are still engaged in plea negotiations, and believe that they are very close to reaching a resolution of this matter. Additionally, counsel for Ms. Stephens has taken ill and is unable to appear.  Therefore, the parties respectfully request that the Court continue the status conference to a date on or after May 3, 2007.

Dated:  April 16, 2007                     Respectfully Submitted,

/s/ SHAWN M. WRIGHT
Shawn M. Wright  (DC Bar # 458377)
wright@blankrome.com
BLANK ROME LLP
600 New Hampshire Ave.
Washington D.C. 20008
(202) 772-5800