UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | Criminal No.  1:06-CR-00084-RJL |
| **v.** | ) ) ) |  |
| **HENDERSON A. JOSEPH** **MARCELLE A. STEPHENS** | ) ) ) |  |
| *Defendants.* | ) ) |  |

**[Proposed] ORDER**

Upon consideration of the Joint Motion for Continuance of Status Conference, it is hereby ORDERED that the April 16, 2007, status hearing is vacated, and it is further ORDERED that a status will be scheduled on or after May 3, 2007.

So Ordered,

_____
U.S. District Court Judge

**Error! Unknown document property name.**