UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HENDERSON A. JOSEPH )<br>MARCELLE L. STEPHENS )<br>)<br>         *Defendants.* )<br>) | Criminal No.  1:06-CR-00084-RJL |

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

The Defendant Marcelle L. Stephens and the Government request an Order continuing the status conference currently scheduled for May 8, 2007 at 10:30 a.m.  In making this request, Defendant waives any appeal based on the Speedy Trial Act from the date of the originally scheduled status conference, through and including the date of the re-scheduled conference.

The parties request a further continuance because they are still engaged in plea negotiations, and believe that they are very close to reaching a resolution of this matter.  The parties respectfully request that the Court continue this matter and schedule it for a plea hearing.  Accordingly, the parties respectfully request that the Court continue the status conference to May 31, 2007 in the afternoon.

Dated:  May 4, 2007

Respectfully Submitted,

/s/ SHAWN M. WRIGHT
Shawn M. Wright  (DC Bar # 458377)
wright@blankrome.com
BLANK ROME LLP
600 New Hampshire Ave.
Washington D.C. 20008
(202) 772-5800

125526.00601/35788422v.1

125526.00601/35788422v.1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | **Criminal No. 1:06-CR-00084-RJL** |
| **v.** | ) ) |  |
| **HENDERSON A. JOSEPH**<br>**MARCELLE A. STEPHENS** | ) ) ) |  |
| *Defendants.* | ) ) |  |

## [Proposed] ORDER

Upon consideration of the Joint Motion for Continuance of Status Conference, it is this

_____ say of May 2007 hereby:

ORDERED that the May 8, 2007, status hearing is vacated, and it is further

ORDERED that a plea hearing be scheduled for the afternoon of May 31, 2007.

So Ordered,

_____
U.S. District Court Judge

125526.00601/35788422v.1