UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 06-084 (RJL) |
| v. | Plea Proceedings: May 31, 2007 |
| MARCELLE L. STEPHENS, | |
| Defendant. | |

## STATEMENT OF OFFENSE

Had this case proceeded to trial, the United States would have established the following facts beyond a reasonable doubt:

The Internal Revenue Service (IRS) is an agency of the Unites States of America, Department of the Treasury, and maintains its headquarters at 1111 Constitution Avenue, N.W., Washington, D.C. The IRS has responsibility for administering provisions of the Internal Revenue Code.

Absent the grant of an extension, individuals who earn income in excess of certain minimum amounts are required to file a Form 1040 series U.S. Federal Income Tax Return no later than April 15th of the calendar year immediately following the tax year.

A Schedule A is a tax form which itemizes certain allowable tax deductions a taxpayer may claim that reduce gross income and can reduce the resultant income tax liability. The categories of Schedule A deductions include, among others: gifts to charity; un-reimbursed employee expenses, including job travel, and job education; and miscellaneous deductions which can include such things

as uniforms, dry-cleaning, and telephone expenses. The education credit is a dollar-for-dollar credit against the tax due and owing.

During all times relevant herein, Triad Business Services, hereinafter referred to as "Triad," was a tax return preparation business with locations in Baltimore, Maryland, Washington, D.C., and Richmond, Virginia, offering tax preparation and accounting services to the general public.

During all times relevant herein, Triad was owned and operated by Henderson Joseph. From approximately January 2000 until May 2001, defendant Stephens was the Triad Office Manager for the Triad Richmond, Virginia Office. From approximately May 2001 until May 15, 2002, defendant Stephens was the office manager for the Triad Washington, D.C. office. From approximately January 2001 until May 15, 2002, unindicted co-conspirator, Draphet Moody was the Triad Office Manager for the Triad Baltimore, Maryland office. From approximately January until May 15, 2002, unindicted co-conspirator, "Nicole Williams was the Triad Office Manager for the Triad Richmond, Virginia office.

From in or about January 2000, and continuing thereafter until in or about May 15, 2002, within the District of Columbia and elsewhere, Henderson Joseph, defendant Stephens, and unindicted co-conspirators, Draphet Moody and Nicole Williams and other individuals whose identities are known, did unlawfully, knowingly, and willfully, conspire and agree together and with each other, and with other persons both known and unknown to the grand jury to impede, impair, obstruct and defeat the lawful functions of the United States of America, United States Department of the Treasury, Internal Revenue Service, in the collection of revenue; that is, income taxes, through the filing of fraudulent Federal income tax returns, Forms 1040, which claimed deductions and credits to which various Triad Clients were not entitled and thereby generated fraudulent income tax

returns; and to defraud the United States of America, United States Department of the Treasury, Internal Revenue Service, in an amount in excess of $80,000.00, through the filing of fraudulent Federal income tax returns, Forms 1040, which claimed deductions and credits to which various Triad clients were not entitled, thereby generating fraudulent income tax refunds.

The goal of the conspiracy was to maximize Triad's business and income by increasing the client base, increasing the tax preparation fees, and increasing repeat customers who would return in successive years by knowingly filing false returns with the IRS which overstated and claimed fictitious deductions and education credits that would reduce the clients' tax liabilities and cause some clients to receive income tax refunds to which they were not entitled.

According to defendant Stephens, while managing the Washington, D.C. office, she routinely communicated with Triad tax return preparers, including Draphet Moody and Nicole Williams. She did so at the direction of Henderson Joseph. Defendant Stephens' primary role for Triad while managing the Washington, D.C. office was client intake. In that capacity, she met with clients who sought Triad's return preparation services at the Washington, D.C. office. Defendant Stephens collected information, including any relevant documents, from the various customers for Henderson Joseph's use in preparing the customers' income tax returns.

According to defendant Stephens, she was told by Henderson Joseph that Triad would try to give everyone with a Schedule A, a charitable contribution deduction. Defendant Stephens understood that Henderson Joseph intended to list charitable contribution deductions for the tax payer/clients whether or not they were in fact justified by the tax payers' actual tax scenario.

Between January 2001 and May 2002, there were numerous occasions when defendant Stephens did not collect any documentation from Triad's customers that supported a charitable

deduction. Despite defendant Stephens' knowledge that Henderson Joseph qualified various taxpayers for charitable contribution deductions in instances where she had not collected any documentation supporting such deductions, defendant Stephens continued to conduct business with Triad as instructed by Henderson Joseph. Defendant Stephens knew that the fraudulent income tax refunds received by Triad's customers caused them to repeatedly utilize Triad's tax preparation services and to refer Triad's services to other individuals and resulted in increased fees to Triad. The government would have proved a tax loss to the Internal Revenue Service in excess of $80,000.00.

Subsequent to May 15, 2002, Marcelle Stephens married Henderson Joseph and her name became Marcelle Joseph.

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
D.C. Bar # 498610

By: _____
SHERRI L. SCHORNSTEIN
Assistant U.S. Attorney
D.C. Bar # 415219
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6956

I declare under penalty of perjury that the foregoing is a true and accurate statement of facts.

_____
Marcelle Joseph (nee Stephens)
Defendant