# National School of Technology

## Miami, Florida

The Board of Directors of Rhodes Colleges, Inc. and the President of National School of Technology, upon recommendation of the faculty, hereby award this

### Diploma

in

### Medical Assisting

to

## Marcelle L. Joseph

with all honors, rights and privileges thereunto,

given at Miami, Florida on the 09th Day of June 2006

_School President_

_Academic Dean_

_President, Rhodes Colleges, Inc._

9020 SW 137th Avenue • Miami, FL 33186