

# NST
NATIONAL SCHOOL
of TECHNOLOGY

**KENDALL CAMPUS**

9020 SW 137th Avenue

Miami, FL 33186

*tel* (305) 386-9900  *fax* (305) 388-1740

www.nst.cc

Marcelle Joseph
13426 SW 263rd Street
Homestead, FL 33032

Ms. Joseph,

National School of Technology would like to acknowledge you as class Valedictorian for the 2006-2007 graduation ceremony. This distinction highlights your academic achievements within the field of Medical Assisting as well as among other programs. It is also a pleasure for us to realize that your outgoing personality, ambitious nature, and commitment to education compliment your academic excellence.

National School of Technology once again congratulates you and wishes you continued success in future endeavors. We are confident that you will be achieving many great things in your professional and personal life.

Good luck,

*[signature]*

Marlene Martin
Director, Career Services Dept.

Member of the Corinthian Colleges, Inc.
Global Network