Individual Results     Version 4.27 - Form A     07/18/2007

**Demographic Information**

MARCELLE JOSEPH
13426 SW 263 ST
MIAMI, FL 33032

Beg Date: 07/18/2007
Beg Time: 14:15:27
End Date: 07/18/2007
End Time: 15:40:47

Home Phone: (305)257-9859
Work Phone: (305)952-6162
Soc Sec No: 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
Birth Date: 01/01/1974

NOTE: Average and Passing Scores Determined From Associate Degree Program Scores Nationwide

| NET PERFORMANCE SUMMARY | YOUR SCORE | AVERAGE SCORE | PASSING SCORE |
|---|---|---|---|
| NET Composite Score: | 75% | 64% | 50% |
| NET Percentile Rank: | 83 | 50 | 17 |
| Overall Composite Math: | 92% | 69% | 52% |
| Whole Numbers: | 100% | 95% | 84% |
| Decimal Operations: | 88% | 70% | 43% |
| Fraction Operations: | 88% | 74% | 55% |
| Percentage Operations: | 100% | 57% | 33% |
| Number Conversions: | 88% | 62% | 39% |
| Algebra Equations: | 89% | 59% | 27% |
| Composite Reading: | 64% | 59% | 43% |
| Reading Percentile Rank: | 68 | 63 | 27 |
| Reading Level: | 64: Instructional | | |

| GRADE EQUIVALENCE | |
|---|---|
| Overall Composite Math: | Post High School |
| Composite Reading: | High School |

| CRITICAL THINKING | | | |
|---|---|---|---|
| Inferential Reading: | 53% | 56% | 35% |
| Main Idea of Passage: | 100% | 89% | 48% |
| Predicting of Outcomes: | 55% | 50% | 31% |

| READING RATE | | |
|---|---|---|
| Words Per Minute: | 167 | 308 |
| Percentile Rank: | 34 | 56 |

| | | |
|---|---|---|
| Social Interaction ... Passive: | 17% | 21% |
| Aggressive: | 83% | 79% |
| Stress Level Profile ... Family: | 100% | 24% |
| Social: | 80% | 25% |
| Money/Time: | 90% | 48% |
| Academic: | 30% | 17% |
| Work Place: | 80% | 17% |
| Learning Style ... Auditory: | 100% | 47% |
| Visual Learner: | 100% | 85% |
| Social Learner: | 100% | 70% |
| Solitary Learner: | 96% | 62% |
| Oral Dependent Learner: | 100% | 64% |
| Writing Dependent Learner: | 100% | 57% |
| Testtaking Skills Level: | 27: Instructional | |

Educational Resources Testing Bureau

# KEISER UNIVERSITY

*Kendall Campus*
*8505 Mills Drive*
*Miami, Florida 33183*
*Telephone: 305-596-2226*
*Fax: 305-596-7077*

August 13, 2007

Marcelle Jospeh

Dear *Marcelle:*

***Congratulations !*** You have been accepted to Keiser University as a full-time student starting the **August 27, 2007.** Upon successful completion of this program you will be awarded an **Associate of Science Degree in Nursing.**

Our entire staff is here to assist you in achieving your academic and professional goals. If you have any questions, please do not hesitate to call *Ines Melendez* your Admissions Counselor.

*We look forward to having you as a student.*

Sincerely,

Ted Weiner
Director of Admissions
Kendall Campus

**KEISER UNIVERSITY**