August 8, 2007

To The Honorable Judge Richard Leon

My name is Mark Stephens, brother to Marcelle Joseph. I am writing in order to help define more clearly the nature of her person. My intention with this letter is also to illustrate how deserving she is of leniency in this most trying time of her life.

When thinking of Marcelle, the first characteristic that comes to mind is her generosity. I certainly consider her an example of the selfless love that parents ought to bestow on their children. She gives without hesitation and revels in the joy that it brings both to others and to herself. Her life path the past decade is strewn with examples of this selfless giving. To show how deep this runs within her, I will describe a few of the situations in which Marcelle has proven to be a dedicated mother, a loving sister, and a dutiful daughter.

As you may well know, Marcelle has an adopted daughter whom she loves very much. People adopt children for many different reasons most of which have to do with yearning to give love and the need to feel complete as a family. While I am sure that this is also true of Marcelle, I know for a fact that part of her reasons for adopting also includes the longing to give a chance at life to a little girl who might have had a very different destiny, if it were not for her love. The child is already blessed with life, but which life and to which destiny is she linked? My sister stepped in and provided for her the best that she could. Good schooling, love and guidance, an older brother to look up to (Marcelle's son, Khary), and most of all the nurturing that it takes to educate and nurture a young woman in this complicated society we live in.

The loving sister Marcelle has shown herself to me time and again over the past years and I will show how by once again describing her generosity toward my wife and I. I can assure you that above and beyond the anecdote I will relate to you, Marcelle contributes to my wellbeing even though we live a few time zones apart.

Love is also the theme here, this time love between a brother and sister. A few years ago my sister helped arrange for my wife, my daughter and myself to fly to Antigua for a 'renewal of wedding vows' to be held together with her and her husband. We received roundtrip tickets to Antigua for nine days, accommodations in a villa with the most incredible view over the marina, an excursion to a wild bird reservation and on and on. The highlight of the trip was the ceremony on the beach with a wonderful pastor, surrounded by friends and family. Maybe it is now I should mention that I live in Denmark. So you see this event was not without cost to her, her husband, and my mother, but it was done in the spirit of love. I have no doubt that the tears we shared as we parted again stung because we all wanted it to last forever (metaphorically speaking, of course). We were together and the sun was shining, love was in the air, and anything else was secondary to our happiness at that time. Perhaps I should also mention that it wasn't the first time that Marcelle arranged for a trip for my family. In 1999, while my wife was carrying our first child, Marcelle arranged for us to have one last fling as a 'childless' couple and

sent us money for a two week vacation in Greece. It came about simply because I described to her how much I loved my wife and how wonderful it would be to have time together before we didn't have any more time 'alone'. Suddenly, the deed was done and we were headed on to Greece, thanks to my sister Marcelle. Needless to say the memories we have from that time, we owe to her generosity and selflessness.

The giving goes on with Marcelle...

One of her dreams was to own her own place which she accomplished in 2001. However, due to the unpredictability of life, she soon decided to sell the house and move to Antigua to be with her husband. Most of the details regarding the sale of the house were taken care of by our mother who still lived in the area. After completion of the sale, my sister passed on a sizable share of the modest profit to our mother. When I found out about this, talking to my mother one day, she told me that she found it unnecessary and would rather that Marcelle keep the money herself and save it for the children's' education or better yet, the purchase of another house. My sister's response was that she had been looking forward to the day when she could give her mother such a gift. Once again, this selfless giving comes up in Marcelle's deeds. Even our mother thought it was not needed, but true to form Marcelle gave because she revels in the joy that it brings to others. But now after all of this giving it is her turn to receive.

I am pleading for leniency on her behalf because as one who knows her well I feel that this is her time to receive. I am not expecting love from the judicial system but understanding would be appreciated. Throughout her adult life she has been nothing but a decent citizen. Her private life speaks for itself. She is loved by many, friends, family, co-workers and others. I am certain that you will read many more letters such as my own and what you will read is not fiction. She really is the person I have described and so much more. Marcelle, more than many others, deserves leniency in this phase of the legal proceedings. Justice is an elusive term to define but I really do believe that in this case, justice is allowing my sister to proceed with her life as free as possible from restrictions upon her person.

I am unable to sign the letter because I am so far away and signing and mailing may take too long. If you need to verify who I am my phone number is: 011 452 964 0096

Respectfully,

Mark Stephens