June 28, 2007

To Honorable Judge Richard Leon:

I have known Marcelle Joseph all of her life as she is my cousin. Marcelle is a well-rounded courteous, kind hearted individual. She has an easy personality and gets along with anyone who is privileged enough to know her.

Marcelle's nurturing nature makes her an excellent parent. She has two children age, ages thirteen and five: the latter was adopted. Marcelle saw the needs of a child of a drug addicted parent and took up the enormous challenge of becoming that child's mother. They are well-cared for, well-adjusted, brilliant children who have an outstanding example in their mother both eas a parent and as a teacher. This is evident in the fact that she completed high school, graduated from National School of Technology Medical Assistant program as the valedictorian. Marcelle is continuing with her education in the Medical field. She has recently taken and passes the Nursing Aptitude Test. She is steadily working toward her educational goals while balancing her role as a parent.

Marcell is a mature, responsible individual, who is honest and respectful of herself and others. She was always happy, outgoing, and trustful of people giving everyone the benefit of the doubt. Marcelle is a joy to know and love. She was born into a very large, close knit family from Trinidad and we all support her in all her endeavors, trials, and tribulations. Marcelle deserves a chance at continuing to be a positive and productive citizen of the community.

Respectfully,

*Rae Quan-Vie*
Rae Quan-Vie,
Cousin