July 3, 2007

To Honorable Judge Richard Leon,

Marcelle Joseph whom I have known all her life is a well respected, hardworking, ambitious mother. Her warm and friendly smile, her light-hearted nature, and her innate honesty and trust are characteristics that attract people to her.

Marcelle saw the need to share those qualities. She adopted an infant girl in April 2002. Marcelle, therefore, gave this little girl a bright future, a chance to live a well balanced life she otherwise would not have enjoyed. This child who is now five years has a thirteen year old brother.

Her tenacity allows her to balance motherhood and school: a true challenge in today's world. Marcelle continues to excel in this aspect. She graduated from National School of Technology as the valedictorian of the 2006/2007 school year at the Kendall Campus. She was a candidate in the Medical Assistant program. Marcelle continues to pursue her education in the nursing field. She has taken the aptitude test and passed, and is now preparing to take the Nursing Entrance Test. She is focused, motivated and determined to complete her educational goal.

Marcelle is a member of a close-knit fairly large family. Spirituality, respect for self, others and authority, integrity, self discipline, gratitude and kindness are some of the traits that were reinforced in us as tools for life. Marcelle, therefore, needs to be given the opportunity to continue her excellent start so she can be a good example to her two children as well as her younger cousins.

Sincerely,

Eon Alleyne-McMayo (Aunt)