8809 Crandall Road
Lanham, MD. 20706

July 31, 2007

Attention: Honorable Judge Richard Leon

Re: Marcelle Joseph – Letter of Reference

This reference letter supports the fact that my niece, Marcelle Joseph, has been an outstanding student, mother and citizen.

I have known her for all of her life and have monitored her scholastic achievements and seen the fruition of those efforts in the realization of her high career aspirations over the years. It is with admiration that I watched Marcelle attain her many goals despite active involvement on school committees, numerous church duties and other activities.

Whenever we held family retreats, Marcelle stood out as the leader of her peers organizing group sessions competently. She is a quick learner and a brilliant student as evidenced by her remarkable accomplishment as valedictorian of her college this year.

As a mother, Marcelle is nurturing and loving. She believes in raising well-disciplined children in a structured environment. She is dedicated and gives her best to any task that is assigned to her. In a family that has been blessed with many nieces and nephews, Marcelle is considered by her own cousins to be the brightest and best of the lot.

It is without hesitation that I highly recommend my niece, Marcelle Joseph. She is indeed an invaluable asset to any community, organization or company.

Respectfully,

*Jennifer I. Alleyne*
Jennifer I. Alleyne

July 8, 2007

To Honorable Judge Richard Leon.

It is a distinct honor to testify to the fine personal attributes, academic achievement and exemplary character of Marcelle Joseph, whom I have known for my entire life.

Marcelle has always been a brilliant student, excelling in all grades from elementary to high school. Her outstanding achievement as valedictorian of the Medical Campus, where she obtained her Medical Assistant qualification bears testimony to her diligence, intelligence, perseverance and self-discipline.

Anyone who is acquainted with Marcelle is cognizant of her drive, her love of excellence, her ability to complete tasks and the high standards she sets for herself. Her personality traits are undisputedly a reflection of her upbringing in an environment in which education is highly valued and where self-respect and respect for others, inclusive of those in authority, are paramount. Both of Marcelle's parents are professionals who have had careers in education and public service for decades. Marcelle's exemplary character is also as a direct result of the influence of her extended family that values education, social and civic responsibility, community service and religious involvement. She continues to be surrounded by that nurturing and supportive extended family that encourages her to pursue her goals in the nursing field.

It is heartwarming to witness the care Marcelle takes of her own children. She actively participates in the academic life that she enhances with museum visits and other co-curricular experiences. More significantly, she is an exceptional role model as both children see her at her studies and witness the seriousness that she attaches to her education and theirs.

Marcelle's life is a life of purpose, of commitment and dedication markedly defined by her honesty, integrity, decency, and endearing disposition. It is without hesitation or reservation, therefore, that I express my sincere admiration for one, who, so moved to make an impact on society, has adopted a daughter to provide her with a better quality of life.

Respectfully,

Jerry Alleyne-Nagee
Aunt



RECEIVED AUG -9 2007

July 23, 2007

Dear Judge Leon,

I'm writing this letter on behalf of my dearest friend and extended sister, Marcelle Stephens. It's very difficult for me to write this letter because a letter cannot give you a full idea or picture about a person's character. In addition, there are not enough words to describe Marcelle personality. She is truly a phenomenal woman. An individual that has shine her kindest and grace over anyone she comes in contact with. I can never forget the day I was blessed to meet Marcelle.

It was one chilly late evening in 1993. I was at one of my classmate's house discussing homework until the phone rang. My classmate's mother picked up the phone to hear my sister on the line. My sister wanted to let me know that she was going to pick me up because Ii went over curfew. When my sister arrived, I got into the backseat of the car because I saw a female silhouette in the front seat. As I sat in the backseat, I was listening to my sister and this lady talking and laughing. My sister than turned around and said "I want you to meet our new sister." I was confused because I knew my dad didn't have anymore children other than me and my three sisters. When the lady turned around she introduced herself as Marcelle. Her smile lighted the entire car. I was speechless because she did look like she can be my sister. She actually resembled my sister driving. She resembled her so much that when both of them turn around to look at me, I thought I was looking at twins. After I finally got the nerves to say hello, Marcelle said "don't worry sweetie, everyone we know have the same reaction". Once my sister and Marcelle dropped me off at my house, Marcelle looked at me and said "you will be my little sister from now on". And those words still hold true until today.

Marcelle has always served up to the *"sister's duties"*. No matter where we are in the world, Marcelle and I always keep in touch. In fact, whenever Marcelle moved, it was a priority to go and see her and her kids. Staying in contact with Marcelle is so important to me. And she ensures that she is available to me at all times. She is there when I need to someone to talk to. And when necessary, she gives me so much advice. She's supportive of my decisions. When she disapproves my actions she takes the time to seat and explain my wrongs. Now, as I begin to raise my new born son, she dedicated to sharing her motherly wisdom with me. She is definitely my role model for being a good mom. I've watched Marcelle raise her kids is such a delightful manner. She teaches them right from wrong. She's a mentor and a coach to them. Moreover, she ensures that they receive the best education and life experiences.

I can not imagine what life would be without my sister Marcelle around. She serves the backbone to her kids' well-being, to her mother and brother happiness, and to my life decisions. Marcelle is our lighthouse; she provides a safe secure place for all those who find themselves lost in troubles. Most important, she is my everything!

Like every human being, Marcelle is not perfect. However, she is such an important factor to many lives. And this is why I'm asking you, Judge Leon, to consider her characteristics before you make your decision. My sister makes her decisions on goodwill. She only wants the best for her family; even the extended family members like me.

I appreciate you taking the time to read my letter. Please let me know if I should provide any further information. My contact information is below.

Very Truly Yours,

*[signature]*

Denise Dixon

9421 Riverbrink Court
Laurel, MD 20723
301-257-5098
Msddixon07@yahoo.com

July 09, 2007

Honourable Judge Richard Leon:

Ms. Marcelle Stephens has been known to me from childhood. She has a caring and loving personality with anyone she comes into contact.
Marcelle has the ability to take care of her children and herself and any task she undertakes will be done in a timely manner. She adopted Khai under unfortunate circumstances in April 2002, and has been caring for her since then. Khai is now five years old and will be attending Kindergarten in August 2007.

Marcelle completed Middle and High School with honors. She attended College furthering her education in the Medical Assistant Program where she received honors, and was the valedictorian at the graduation ceremony in 2007. She wants to continue nursing school and has started the initial preparations by taking the aptitude test and passed. She is now studying for the Nursing Entrance Test.

Marcelle is working towards her goal and she has the support from the family. She is honest, self-disciplined, loyal, has respect for herself, others and also respects authority. She is very grateful for the things given and things earned.

She comes from a very a home where her upbringing and morals are exemplary. She needs to continue her pursuit of excellence in order that her family is safe and cared for.

Crescentia Alleyne-David
Aunt

Marva H. Baird Alleyne
11207 Bennington Dr
Upper Marlboro
MD  20774


July 24, 2007


Att.: Judge Richard Leon,


My name is Marva Baird-Alleyne and I am Marcelle Stephens's aunt. I have known Marcelle from birth and as I am writing this letter it is almost hard for me to believe that the baby I held and the little toddler I knew running around saying "no" to everything has grown up into a fine young lady saying "yes" to so many positive things.

Marcelle has been and is still very close to my family, I have seen Marcelle grow from adolescence to adulthood. Marcelle and my daughter Ricci are very close and when they were younger I would take them out to parks, to the beach and to amusement parks. I was always amazed at early age how Marcelle was so patient with my daughter and she would always take care of her and watch out for her well being. I remember being in the car one day with the son of one my friends and he was telling a story about something amazing that happened at school that day, then my daughter Ricci wanted to tell a story and he said to her "please Ricci, I don't want to hear any more stories about how great your cousin Marcelle is and all the stuff that she can do" This is the positive influence that Marcelle had on her younger cousin.

When my son Jelani was born Marcelle loved taking of him and would always offer to baby sit for me. I remember my regular baby sitter took a vacation and the person she left to fill her place became ill. I had to ask Marcelle to take care my son for two weeks and she did fantastic job taking care of a nine month old baby. My son Jelani was so attached to Marcelle that one of my friends said one day that she thought Jelani was an attachment to Marcelle's hip.

Now that Marcelle is an adult and the Mother of two beautiful and well adjusted children, I have seen her display the same qualities of love patience and caring. She is a wonderful teacher; she is patient with them with their school work, she has them involved in extra curricular activities. She instills in them a strong sense of family values. Her son Khary follows my son Jelani around just like my son did with Marcelle.

Marcelle is also a very bright and articulate person. My husband said of all the employees he had in his accounting office Marcelle was the brightest of them all, including young CPA's and experienced accountants. Marcelle has many talents, she was once my hairdresser and my co workers said "your niece does a better job than your regular hairdresser.

Life has not always been easy for Marcelle but with each experience I have seen her grow in a different way. Where ever she goes and whatever she does people thin that she would excel in that field. Some people think that she should be an accountant; other people think her calling is in early childhood education that just speaks to the resilience of Marcelle.

Marcelle has even made me a better person, because I remember when Marcelle attended Elementary school I would take her to school on mornings and Marcelle never wanted to be late. She was always a very punctual person and in seeing how that was important to her I made every effort to be up early so I could get her to school on time.

Marcelle I know with God on your side who can be against you. I trust in God that he will see you through whatever storms in life you may endure. I will continue to pray for you, I will continue to believe in you, I know you have the will to battle the storms of life.

Marcelle you are a beautiful niece, a great person and a devoted mother.

*[signature]*

July 23, 2007

Ricci S. Alleyne
11207 Bennington Drive
Upper Marlboro, MD 20774


Attn: Judge Richard Leon,


  My name is Ricci Alleyne. Marcelle Stephens is my older cousin, but I feel she is more of a big sister to me. As a young child growing up, I wanted to be just like Marcelle. I wanted to be pretty, smart, and interesting just like my big cousin Marcelle. Being like Marcelle didn't just mean staying up with the latest trends or having the cutest boyfriends. It meant that I had to do well in school, score high on the SAT's, and get a full academic scholarship to college. These were the shoes that I wanted to fill. It also meant simple things like being organized and punctual, tasks I struggled with growing up and probably sometimes now. I remember my father saying to me, "Don't you like Marcelle?...and you want to be just like her right?" Of course I answered "Yes!" He then asked "Does Marcelle keep her room messy?" Of course the answer was no, and at that point I had a "light bulb moment." It was apparent to me the lesson he was imparting. I realized that Marcelle was not only an example, but a good example. And when I got a little brother, I kept that in mind. He is watching what I do, just as I watched what Marcelle did. It is not good enough to be there, but to be excellent so he has a standard to follow. Marcelle taught me that without even speaking, but by just doing and simply being herself.

  Many times you hear of younger siblings who want to be like their older sister or brother, but their older sister or brother doesn't share the same enthusiasm. This was never the case with Marcelle. Whenever she introduced me to her friends I was always amazed at how proud she was to say "This is my little cousin, Ricci." I always felt like I was the lucky one and it made me feel good to know that she appreciated me as much as I appreciated her. She always took the time to teach me things from beauty secrets to how to tell time. Trust, it wasn't easy. I struggled for months with the concept of time; Marcelle taught me in one hour. To me nothing could remove her from the pedestal I had her on.

And as I grew older, got good grades, and went off to college, I felt like maybe I was actually able to attain my goal of being just like Marcelle. Then, she became a mother. At this time, I saw Marcelle grow into an even better person. She was responsible, affectionate, and a wonderful teacher to her children. And what I noticed about Marcelle, is that no matter what is going on in life, she takes the time to have a relationship with her children. She takes them everywhere- parks, museums, Chuck E Cheese, plays, camps. She even teaches them lessons at home and does homework with them every day to make sure that they are not with the class, but ahead of the class. To me her time management and commitment to motherhood is to be exemplified.

Her children have a wonderful relationship with her and though they a warm and loving children, they cling to Marcelle like no one else. I believe that it is not simply because she is their mother, but it is the fact that she took the time to establish a relationship with them that no one can duplicate, especially in the eyes of her children.

But please do not be dismayed. Though I make Marcelle sound like the perfect person, with no tribulations and hurdles in life, such is not the case. As I have seen Marcelle triumph I have also seen her battle life hurdles. Yes she is a great mother, but she became one at 19, and I heard many say she couldn't do it. However, I saw her prove them wrong. She didn't finish college, but she never stopped being successful in life. She is now about to complete a nursing program, and is doing so with flying colors. Thus, her life is a testament that each of us must use the tools that God has given us to make ourselves and those around us better people. Marcelle has shown me and most importantly herself that she can affect great change in life no matter what the circumstance because she is that excellent!

I am getting married soon, and would like no other but Marcelle to be my matron of honor. It is so important to me, her children, and her family that she is around to grace us with the blessing God has bestowed upon her. Thank you, Marcelle for being who you are to me and those around you!

*Ricci Alleyne*