July 17, 2007

15306 SW 69th Lane
Miami, FL 33193

Re: Marcelle Joseph

To Honorable Judge Richard Leon:

I have known Marcelle Joseph for approximately 33 years (all her life) and in that time she has proven to be a trustworthy, ambitious person with a pleasant disposition. She is assertive, motivated and focused, and works hard at her endeavors which usually results in a favorable outcome.

Marcelle is brilliant and has a thirst for knowledge, as exemplified by her recent completion of her Medical Assistant certification from which she graduated as valedictorian, and is continuing her education in nursing. She has already passed the nursing aptitude test and is preparing for the Nursing Entrance Test. She has completed middle and high school and graduated with honors.

Marcelle has proven to be an honest person with integrity and high moral standards as her upbringing dictated. She was taught self respect, respect for others and has grown to be a humble adult who is full of gratitude for the things that she had been given and earned. She is a loyal and caring individual and is teaching those admirable traits to her children. She is a devoted, loving mother who would leave no stone unturned for her children's wellbeing in all aspects of life including, but not limited to discipline, education, and social and moral conduct. Marcelle has the full support of her extended family in all her efforts.

It is a privilege for me to attest to those fine qualities.

Yours respectfully,

*Leslye Danglade*
Leslye Danglade