Agustin J. Arrieta, M.D.
Martin Brody, M.D.
William J. Brown, M.D.
Andres Bustillo, M.D.
Sheldon Cohen, M.D.
Brian Dougherty, M.D.
Alberto D. Fernandez, M.D.

# South Florida ENT Associates, P.A.

Steven M. Fletcher, M.D.
Bernard Harris, M.D.
Edward J. Hillman, M.D.
Frank G. Kronberg, M.D.
Rolando M. Molina, M.D.
Michael H. Owens, M.D.
Eugene A. Rivera, M.D.

## OFFICE OPERATIVE PROCEDURE

**PATIENT NAME:** BERNICE STEPHENSALLE

**DATE OF PROCEDURE:** 12/04/06

**CHART ENT #:** WK-2652

**PREOPERATIVE DIAGNOSIS:** Right ear sudden hearing loss; tinnitus.

**POSTOPERATIVE DIAGNOSIS:** Same.

**PROCEDURE PERFORMED:** Intratympanic Decadron injection/labyrinthectomy of the right ear.

**SURGEON:** AGUSTIN ARRIETA, M.D.

**ANESTHESIA:** Topical 4% Xylocaine.

**ESTIMATED BLOOD LOSS:** None.

**COMPLICATIONS:** None.

**INDICATIONS FOR PROCEDURE:** The patient is a 60-year-old woman with a history of a right profound sudden sensorineural hearing loss who has had no response to high dose prednisone therapy. A decision was made for an intratympanic Decadron injection after discussion of the risks and benefits of the procedure which included, but were not limited to tympanic membrane perforation, bleeding, and hearing loss.

**PROCEDURE IN DETAIL:** The patient was placed under the operating microscope. The external auditory canal was cleaned of cerumen. The right tympanic membrane was then visualized and a small portion of the right posterior quadrant was anesthetized with topical phenol. Next, approximately 0.7 cc of Decadron was infiltrated through a #27 gauge needle into the middle ear space. The patient's head was then held with the right ear superiorly for 20 minutes. The patient tolerated the procedure well. There were no complications.

AGUSTIN ARRIETA, M.D.

❏ Baptist Medical Arts Bldg. • 8940 N. Kendall Drive • Suite 504-E • Miami, Florida 33176 • Phone: (305) 595-6200 • Fax: (305) 598-4071
❏ Pal-Med Medical Plaza • 7150 W. 20th Ave. • Suite 312 • Hialeah, Florida 33016 • Phone: (305) 822-9035 • Fax: (305) 822-3123
❏ Riviera Building • 4675 Ponce de Leon Blvd. • Suite 204 • Coral Gables, Florida 33146 • Phone: (305) 666-0203 • Fax: (305) 666-0535
❏ Tower Medical Plaza • 151 N.W. 11th Street • Suite E-102-B • Homestead, Florida 33030 • Phone: (305) 245-5881 • Fax: (305) 245-2723
❏ Tassell Medical Arts Building • 91550 Overseas Highway • Suite 207 • Tavernier, Florida 33070 • Phone: (305) 852-8200 • Fax: (305) 852-1909
❏ West Kendall/FlexxSpace • 9000 S.W. 137 Avenue • Suite 115 • Miami, Florida 33186 •