Gilmour R. Stephens
3728 Angelton Court
Burtonsville, MD 20866
301-847-7453

August 1, 2007

The Honorable Judge Richard J. Leon
U. S. District Court for the District of Columbia
Third Street and Constitution Avenue, NW
Washington D.C.

Re: Marcelle Stephens

Dear Judge Leon:

My letter to you today is the plea of a father who is brokenhearted and dispirited as he contemplates his daughter's plight.

I know that Marcelle, my daughter, has done wrong. I only ask, Judge Leon, that you view her actions and possible punishment with all the mercy and leniency that you can summon so that my daughter will not be harshly punished.

I love my daughter. No event in my life has been more crushing than seeing my daughter before the court for the offenses she committed. I would give my life were it possible to redeem my daughter from her present state.

Judge Leon, as every father does, I will say that my daughter is a good human being who made an awful mistake. My wife and I raised Marcelle in a loving and caring home, and instilled the virtues of honesty and personal integrity in her from her earliest childhood days. I know that my daughter still cherishes those virtues, even more so now, in spite of the grievous lapse that brings her before you.

I pray for my daughter every day, Judge Leon, and ask God's forgiveness of her sins. I know that were Marcelle to be granted a second chance, she will once again become the exemplary person she has been to her mother and me, and to all who know her, and most of all to her two children. For Marcelle and Marcelle's children's sake, I plead with you, Judge Leon, to exercise such mercy and leniency as the law will allow, and give Marcelle the opportunity to stay with her children and to be a productive member of society once more.

I thank you for any courtesies you extend to my daughter and for taking the time to read my plea.

Sincerely,

Gilmour R. Stephens