**Mortimer F. Coward**
**2408 Norbeck Farm Place**
**Olney, MD  20832**
**301-924-4274**

July 31, 2007

The Honorable Judge Richard J. Leon
U.S. District Court for the District of Columbia
3rd Street and Constitution Avenue,
Washington, DC

Dear Judge Leon:

Re:  Marcelle Stephens

I write today to ask respectfully of the court to view Marcelle's predicament with as much leniency and mercy as the law appropriately allows.  Marcelle is no stranger to me.  I have known her since birth and have been a friend of the family for well over 50 years.  I know the love and dedication that Marcelle's hard-working parents bestowed upon her as a child and as a young lady.  It is reflected in Marcelle's love and respect for her parents and, indeed, for all with whom she associates.  It is also that nurturing in an environment of love and respect that makes Marcelle the wonderful, caring and loving mother she is to her two children.

It is against this background that I view the actions for which Marcelle will appear before you for sentencing.  I know that there is no one more remorseful nor devastated than Marcelle for her actions.  It is a tragedy not only for Marcelle but for her family and friends, and especially for her two children.   I know Marcelle takes full responsibility for her actions and wishes that she could undo her wrongs.

I believe that Marcelle has learned well from this unfortunate experience.  It is for this reason that I ask the court to be merciful and lenient on Marcelle.  Marcelle's children need her.  Marcelle's tragedy will be compounded were she to be separated from her children for any period of time.  For Marcelle's children, separation from their mother would have incalculable psychological consequences.  Marcelle is a good and wonderful human being who deserves a second chance.

I would again respectfully ask the court to be merciful and lenient as it considers Marcelle's punishment.

Respectfully submitted,

Mortimer F. Coward