FILED

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-84-02 |
| | : | |
| vs. | : | SSN: 2_____ |
| | : | |
| STEPHENS, Marcelle L. | : | Disclosure Date: July 18, 2007 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ✓ ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____      7/30/07
Prosecuting Attorney                  Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ✓ ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

Marcelle___ 08/01/07     Shawn M. Wright 8/2/07
Defendant       Date        Defense Counsel       Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by August 02, 2007, to U.S. Probation Officer Kelli Cave, telephone number (202) 565-1357, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Receipt and Acknowledgment                                               Page 2

Part A - The Offense
   Paragraph One: Marcelle Stephens was NOT Charged in Count 9 of the Indictment - First Degree Theft, Aiding and Abetting 22 DCC §§ 3211 and 3212.

Paragraph Fifty-four: From 1995 to May 2002, Ms. Stephens was employed by Triad.

Signed by: _Shawn M. Wright_
(Defendant/Defense Attorney/AUSA)

Date: August 2, 2007