Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 06-84-02 (RJL) |
| ) | |
| MARCELLE STEPHENS ) | |

FILED
NOV 2 2007
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Name and address of appellant        United States of America

Name and address of appellant's attorney    Roy W. McLeese III
United States Attorney's Office
Room 8104
555 4th Street, NW
Washington, DC 20530

Offense: 18 USC 371

Concise statement of judgment or order, giving date, and any sentence

By Judgement of October 2, 2007, entered on the docket on October 3, 2007, defendant sentenced to 2 years probation, home detention for 180 days, restitution of $107,752.00, and a monetary penalty of $100.00.

Name and institution where now confined, if not on bail: N/A

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_11-2-2007_
DATE

_United States_
APPELLANT

CJA, NO FEE _N/A_
PAID USDC FEE _____
PAID USCA FEE _Gov't Appeal_

_Roy W. McLeese_
ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal? Yes/No
Has counsel ordered transcripts? Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No

ORIGINAL

Notice of Appeal Criminal

CO-290
Rev. 3/88

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of November, 2007, one copy of the foregoing Notice of Appeal was sent by first-class U.S. Mail to counsel for Marcelle Stephens:

Shawn Wright, Esq.
Blank Rome
The Watergate Building
600 New Hampshire Avenue, NW
Washington, DC 20037

_____
ROY W. MCLEESE III
Assistant United States Attorney
555 4th Street, NW, Room 8104
Washington, DC 20530
(202) 514-7088