| PROB 22-DC (Rev 2/88) | | DOCKET NUMBER *(Tran Court)* 06-084-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Marcelle Stephens | District of Columbia | U.S. Probation Office |
| FILED OCT 2 6 2007 NANCY MAYER WHITTINGTON, CLERK U.S DISTRICT COURT | NAME OF SENTENCING JUDGE Richard J. Leon | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 09/24/2007 · TO 09/24/2009 |

OFFENSE

Conspiracy to Defraud the United States, 18 USC §371

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/24/07

*Date* September 24, 2007

*[signature]*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

17 Oct 2007

*Effective Date*

*[signature]*

*United States District Judge*