*Return Copy*

Rev 1/07



**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

DATE: 11/13/07

TO: United States District Court, Southern District of Florida
10300 Sunset Drive
Suite 351
Miami, Florida 33173-2300

**FILED**

DEC 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: USA v. MARCELLE STEPHENS
CRIMINAL CASE NO. 06-84-02

Dear Clerk:

Pursuant to 18 U.S.C. 3605, please find enclosed a certified copy of the Transfer of Jurisdiction of Probation/Supervised Release Form 22 for the above captioned case.

Enclosed are certified copies of the Information/Indictment, Judgment and Probation Order, and docket sheet.

Kindly indicate receipt of these documents on the enclosed copy of this letter and return it to our office.

Very truly yours,

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Harry Jackson
Deputy Clerk

cc: U. S. Attorney's Office
U. S. Probation Office

enclosure(s)

UNITED STATES PROBATION OFFICE
10300 SUNSET DRIVE, SUITE 351
MIAMI, FL 33173

*Johnson*
*12/20/07*