# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-3114**  September Term, 2007

06cr00084-02

Filed On:

United States of America,
         Appellant

v.

Marcelle L. Stephens,
         Appellee

**FILED**
JAN 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JAN 2 4 2008

CLERK

### ORDER

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  Mark Butler
     Deputy Clerk

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: Linda _____ Deputy Clerk